**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Robert Howland, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18-cv-00398 UNA |
| | ) | |
| | ) | |
| Lance Smith, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was filed on March 10, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Nannette Baker, United States Magistrate Judge, under cause number 2:18-cv-00018.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-00398 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 12, 2018                    By: /s/ Michele Crayton
                                          Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:18-cv-00018 NAB.**