**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| ROBERT HOWLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-CV-18 NAB |
| ) | |
| LANCE SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This case was set for trial on October 19, 2020. Before jury selection began, the parties informed the Court that they had settled this action.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment no later than **November 9, 2020**. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of October, 2020.