**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | | |
|---|---|---|
| ROBERT HOWLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-CV-18 NAB |
| | ) | |
| LANCE SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This case was set for trial on October 19, 2020.  Prospective jurors reported to the court for service in this case.  Before jury selection began, the parties informed the Court that they had settled this action.  The Local Rules of this district allow the judge presiding in the action to assess jury costs, including per diem, parking charges, and mileage reimbursement against any or all of the parties if the parties fail to give notice before the jurors report for service.  E.D.Mo. L.R. 8.04. Therefore, the Court will assess jury costs in the amount of $2,018.72 consisting of $1,250.00 for service fees, $600.72 for mileage, and $168.00 for parking.

Accordingly,

**IT IS HEREBY ORDERED** that the parties Robert Howland, Lance Smith, and Smith Auto Parts & Sales, Inc. are assessed a total of $672.91 each for jury costs.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of October, 2020.