**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| ROBERT HOWLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18-CV-18 NAB |
| LANCE SMITH, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that a hearing regarding Defendants' Joint Motion for Reconsideration currently set for November 19, 2020 is **RESET** for **Wednesday, November 18, 2020 at 10:30 a.m. via Zoom**. An e-mail will be sent to counsel with the ZoomGov link and instructions before the date of the motion hearing. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

**IT IS FURTHER ORDERED** that counsel for all parties shall appear for this hearing. Any party's counsel who does not appear for this hearing waives any argument regarding this motion.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of November, 2020.